UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



SOUTHWEST MISSISSIPPI
ANESTHESIA, P.A., INC. D/B/A THE
PAIN TREATMENT CENTER

VERSUS

C&G TECHNOLOGIES, INC., ET AL

CIVIL ACTION

NO. 08-483-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 18, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec.doc. 5) will be granted, and this matter will be remanded to the 19th judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, June 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA